UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN HJELM, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>THE UNITED STATES OF AMERICA,<br><br>　　　　　Defendant. | Case No. 15-cv-04364-EDL<br><br>**ORDER REGARDING PROPOSED COMPLAINT IN INTERVENTION**<br><br>Re: Dkt. No. 30 |

On April 4, 2016, this Court granted Christie Hjelm's motion for leave to file a complaint in intervention. The amended proposed complaint in intervention filed on April 5, 2015 at Docket No. 30 shall be the operative complaint in intervention in this action.

**IT IS SO ORDERED.**

Dated: April 5, 2016



ELIZABETH D. LAPORTE
United States Magistrate Judge